■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LYON, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER DOUGLAS WILKINS, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. JOHNSON, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS TIMMONS, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE D. OWENS, Appellant. (Appeal No. 1.) [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE D. OWENS, Appellant. (Appeal No. 2.) [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v ROY CASTLEBERRY, Appellant. [1 NYS3d 874]—Motions for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ ONEBEACON INSURANCE COMPANY, Appellant-Respondent, v UNILAND PARTNERSHIP OF DELAWARE, L.P., Respondent-Appellant. [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.

■ JOHN A. MCINTOSH, Appellant, v GENESEE VALLEY LASER CENTRE, et al., Respondents. [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ DEVON FAISON et al., Appellants-Respondents, v LEE LUONG et al., Respondents-Appellants. (Appeal No. 1.) [1 NYS3d